Rob Bonta, State Bar No. 202668
Attorney General of California
Christine E. Garske, State Bar No. 232879
Supervising Deputy Attorney General
Diana Esquivel, State Bar No. 202954
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7320
 Facsimile: (916) 322-8288
 E-mail: Diana.Esquivel@doj.ca.gov
*Attorneys for Defendants Barawed, Ferreira, Logar,
Jordan Richardson, and Michael Richardson*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **JEANETTE AYALA-RIOS,**<br><br>Plaintiff,<br><br>v.<br><br>**JORDAN W. RICHARDSON, et al.,**<br><br>Defendants. | No. 4:22-cv-02550-HSG<br><br>**STIPULATION AND ORDER TO FILE FIRST AMENDED COMPLAINT AND SETTING DEADLINE FOR DEFENDANTS TO ANSWER THE FIRST AMENDED COMPLAINT**<br><br>Judge:        Hon. Haywood S. Gilliam, Jr.<br>Trial Date:  Not yet set<br>Action Filed: April 26, 2022 |

Under Federal Rules of Civil Procedure 6(b)(1)(a) and 15(a) and Local Rules 6-1(b) and 6-2(a), the parties, Plaintiff Jeanette Ayala-Rios and Defendants Matthew Barawed, Ubaldo Ferreira, Brent Logar, Jordan Richardson, and Michael Richardson (collectively "Defendants"), by and through their respective attorneys of record stipulate to and request that Plaintiff be permitted to file a First Amended Complaint (FAC) and that Defendants' answer to the FAC be filed within fourteen days after the FAC is filed. Good cause exists to grant this stipulated request because it will avoid burdening the Court with a motion to dismiss.

1  Defendants were served with the summons and complaint on May 12 and 17, 2022. (ECF
2  Nos. 7-11.) Plaintiff filed proofs of service on May 23, 2022, and Defendants' responses were
3  initially due on June 2 and 7, 2022. (*Id*.) Counsel for Defendants first became aware of this
4  litigation on June 9. (ECF No. 12.) On June 13, the parties filed a stipulation agreeing that
5  Defendants would respond to the complaint by July 15. (*Id*.) Magistrate Judge Spero approved the
6  stipulation, such that Defendants' response is currently due July 15. (ECF No. 14.)
7  Since the filing of the stipulation, the parties met and conferred concerning Defendants'
8  perceived deficiencies in the complaint and their intent to file a motion to dismiss under Rule
9  12(b)(6). To address Defendants' concerns and avoid burdening the Court with a motion, Plaintiff
10 agreed to amend her complaint. However, the amendment will come more than twenty-one days
11 after service of the complaint and before service of any responsive pleading or motion under Rule
12 12(b), such that Plaintiff cannot amend as a matter of course under Rule 15(a)(1). The parties
13 therefore submit this stipulated request. Plaintiff is prepared to file the FAC within two court days
14 after approval of this stipulation. A copy of the proposed FAC is attached as Exhibit 1. The
15 parties further agree that Rule 15(a)(3) applies, that Defendants' answer to the FAC is due no
16 later than fourteen days after the FAC is filed, and that no response to the original complaint is
17 needed such that the July 15 deadline should be vacated as moot.
18 The parties do not anticipate that this stipulated request will affect any pending deadline.
19 The parties held the Rule 26(f) conference on July 11, in preparation for the August 9 Case
20 Management Conference. The parties expect this matter to be at issue and ready for trial setting at
21 the Case Management Conference. Good cause therefore exists to grant this stipulated request.
22 IT IS SO STIPULATED.
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28

Dated: July 15, 2022

Respectfully submitted,

ROB BONTA
Attorney General of California
CHRISTINE E. GARSKE
Supervising Deputy Attorney General

*/s/ Diana Esquivel*

DIANA ESQUIVEL
Deputy Attorney General
*Attorneys for Defendants*

Dated: July 15, 2022

HELM LAW OFFICE, PC

*/s/ T. Kennedy Helm*

T. KENNEDY HELM, IV
*Attorney for Plaintiff Jeanette Ayala-Rios*

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from T. Kennedy Helm, IV.

     */s/ Diana Esquivel*     
Diana Esquivel

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: July  15 , 2022

Honorable Haywood S. Gilliam, Jr.
United States District Court Judge

SA2022401134
36362438.docx