T. Kennedy Helm (SBN 282319)
HELM LAW OFFICE, PC
644 40th Street, Suite 305
Oakland, CA 94609
T: (510) 350-7517
F: (510) 350-7359
kennedy@helmlawoffice.com

*Attorney for Plaintiff*,
JEANETTE AYALA-RIOS

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| JEANETTE AYALA-RIOS, individually, | **Case No.: 4:22-cv-02550-HSG** |
| Plaintiff, | **STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER (ECF NO. 35)** |
| vs. | |
| CALIFORNIA HIGHWAY PATROL OFFICERS JORDAN W. RICHARDSON, MICHAEL W. RICHARDSON, UBALDO FERREIRA, MATTHEW BARAWED, BRENT R. LOGAR, and DOES 1–10, individually, | |
| Defendants. | |

Plaintiff Jeanette Ayala-Rios and Defendants Jordan Richardson, Michael Richardson, Ubaldo Ferreira, Matthew Barawed, and Brent Logar all through their undersigned counsel of record, and subject to this Court's approval, stipulate as follows:

RECITALS

A.	On August 15, 2022, this Court issued a Scheduling Order. ECF No. 35. The Order set the following relevant dates and deadlines: Exchange of Opening Expert Reports: March 3, 2023; Exchange of Rebuttal Expert Reports: April 5, 2023; Close of Fact and Expert Discovery: May 5, 2023; Dispositive Motion Hearing Deadline: June 29, 2023 at 2:00 p.m.; Pretrial Conference: October 3, 2023, at 3:00 p.m.; Jury Trial (5 days): October 16, 2023, at 8:30 a.m.

B.	Since entry of the Order, the Parties have diligently pursued discovery. On October 17, 2023, non-party CHP produced documents responsive to Plaintiff's subpoena. The Parties are meeting and conferring regarding documents withheld by the CHP. The Parties have completed depositions for the named Parties. Plaintiff deposed Jordan Richardson and Michael Richardson on January 11, 2023; Ubaldo Ferreira and Matthew Barawed on January 12, 2023; and Brent Logar on January 13, 2023. On January 27, 2023, Defendants deposed Plaintiff Jeanette Ayala-Rios.

C.	On February 2, 2023, the Parties participated in an early settlement conference before Magistrate Judge Nathanael Cousins, but the matter did not settle. ECF No. 37.

D.	The Defendants' depositions have identified further needed fact and expert discovery. Defendants Jordan Richardson and Ubaldo Ferreira both testified at deposition that they called CHP dispatch to confirm that the Plaintiff *was* the passenger in the stolen vehicle. They claimed that someone, possibly, Flight Officer Jeff Moring, told dispatch that Plaintiff was the passenger in the stolen vehicle. Plaintiff, therefore, needs to depose Officer Moring, and the dispatcher associated with the incident. Plaintiff contends that all calls to dispatch are recorded. The CHP has not produced any recordings of these calls. Plaintiff needs to perform a Rule 30(b)(6) deposition, to rule out whether the calls to dispatch were not recorded due to technical

1  error, or were recorded but were somehow lost in the system. Plaintiff also needs time to obtain
2  Defendant Jordan Richardson's and Ubaldo Ferreira's cell-phone records from the day of the
3  incident, to see whether they called as they testified. Plaintiff anticipates needing to conduct
4  expert discovery on these issues.

   E. Plaintiff's counsel also needs more time to conduct both fact and expert discovery because a multi-week trial, in which Plaintiff's counsel is co-counsel, has been set to begin on March 28, 2023 in *Alves v. County of Riverside, et al.*, No. 5:19-CV-02083-JGB (SHKx) (C.D. Cal.). ECF No. 158.

   F. The parties have not previously sought a modification of the Scheduling Order.

## STIPULATION

Therefore, the Parties believe that good cause under Federal Rule of Civil Procedure 16(b)(4) exists to modify the Scheduling Order (ECF No. 35), in light of the unanticipated discovery needs and Plaintiff's counsel's trial beginning on March 28, 2023. The Parties respectfully request that the Court grant the Parties' stipulation, by modifying its Scheduling Order (ECF No. 35) as follows:

| Event | Current Deadline (ECF No. 35) | Proposed Deadline |
|---|---|---|
| Exchange of Opening Expert Reports | March 3, 2023 | May 5, 2023 |
| Exchange of Rebuttal Expert Reports | April 5, 2023 | June 9, 2023 |
| Close of Fact and Expert Discovery | May 5, 2023 | July 7, 2023 |
| Dispositive Motion Hearing Deadline | June 29, 2023 at 2:00 p.m. | August 31, 2023, at 2:00 p.m. |

| | | |
|---|---|---|
| Pretrial Conference | October 3, 2023, at 3:00 p.m. | November 28, 2023 at 3:00 p.m. |
| Jury Trial (5 days) | October 16, 2023, at 8:30 a.m. | December 18, 2023 at 8:30 a.m. |

Respectfully submitted,

Dated: February 10, 2023                    **HELM LAW OFFICE, PC**

                                     By: */s/ T. Kennedy Helm, IV*

                                         T. Kennedy Helm, IV
                                         *Attorney for Plaintiff*

Dated: February 10, 2023                    **ROB BONTA**
                                     **Attorney General of California**

                                     By: */s/ Diana Esquivel**

                                         Diana Esquivel
                                         Deputy Attorney General
                                         *Attorneys for Defendants*

*Ms. Esquivel provided her consent that this document be electronically filed via CM-ECF.

STIP. & (PROP.) ORD. TO MODIFY SCHEDULING ORDER (ECF NO. 35)
*Ayala-Rios v. Richardson, et al.* Case No. 4:22-cv-02550-HSG

3

**ORDER**

The Court, having considered the Parties' stipulation, and good cause appearing, rules as follows:

The Court finds the Parties have shown good cause for the relief their Stipulation requests.

THEREFORE, the relief the parties request is GRANTED, and the modified dates are as follows:

| Event | Prior Deadline (ECF No. 35) | New Deadline |
|---|---|---|
| Exchange of Opening Expert Reports | March 3, 2023 | May 5, 2023 |
| Exchange of Rebuttal Expert Reports | April 5, 2023 | June 9, 2023 |
| Close of Fact and Expert Discovery | May 5, 2023 | July 7, 2023 |
| Dispositive Motion Hearing Deadline | June 29, 2023 at 2:00 p.m. | August 31, 2023, at 2:00 p.m. |
| Pretrial Conference | October 3, 2023, at 3:00 p.m. | November 28, 2023 at 3:00 p.m. |
| Jury Trial (5 days) | October 16, 2023, at 8:30 a.m. | December 18, 2023 at 8:30 a.m. |

**IT IS SO ORDERED.**

DATED: 2/13/2023

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE