T. Kennedy Helm, IV (SBN 282319)
HELM LAW OFFICE, PC
644 40th Street, Suite 305
Oakland, CA 94609
T: (510) 350-7517
F: (510) 350-7359
kennedy@helmlawoffice.com

*Attorney for Plaintiff*,
JEANETTE AYALA-RIOS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| JEANETTE AYALA-RIOS, individually, | Case No.: 4:22-cv-02550-HSG |
| Plaintiff, | **SECOND STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER (ECF NOS. 35, 39)** |
| vs. | |
| CALIFORNIA HIGHWAY PATROL OFFICERS JORDAN W. RICHARDSON, MICHAEL W. RICHARDSON, UBALDO FERREIRA, MATTHEW BARAWED, BRENT R. LOGAR, and DOES 1–10, individually, | |
| Defendants. | |

1  Plaintiff Jeanette Ayala-Rios and Defendants Jordan Richardson, Michael Richardson,
2  Ubaldo Ferreira, Matthew Barawed, and Brent Logar, all through their undersigned counsel of
3  record, and subject to this Court's approval, stipulate as follows:

## RECITALS

A. On February 13, 2021, this Court granted the Parties' Stipulation to Modify the Scheduling Order. ECF Nos. 35, 39.

B. Since modification of the Order, the Parties have diligently pursued the additional discovery identified in the Parties' Stipulation to Modify the Scheduling Order. *See* ECF No. 39, ¶ D. Plaintiff had noticed the depositions of witnesses CHP Dispatcher Lori Silveira and CHP Flight Officer Jeff Moring for March 15, 2023, but Plaintiff's counsel contracted COVID-19 and had to re-notice the depositions for April 10, 2023. During March 28, 2023 to April 7, 2023, Plaintiff's counsel was in trial before District Judge Jesus G. Bernal in *Alves v. County of Riverside, et al.*, No. 5:19-cv-02083-JGB (SHKx) (C.D. Cal.). On April 10, 2023, Plaintiff deposed Officer Moring that day, but Ms. Silveira did not appear. Plaintiff has re-noticed Ms. Silveira's deposition for April 24, 2023. Plaintiff has also noticed depositions of a CHP 30(b)(6) designee regarding the missing audio recordings of the calls of Defendants Jordan Richardson and Ubaldo Ferreira to CHP Dispatch; and of CHP witnesses Matthew Langford and Steven Fajardin for May 8–9, 2023. The Parties have obtained AT&T phone records for Defendant Jordan Richardson, but by letter dated March 21, 2023, Verizon indicated that it needed written permission from Ubaldo Ferreira to release his phone records.

C. Based on the above discovery, the Parties may need to disclose expert witnesses regarding the missing audio recordings of the calls of Defendants Jordan Richardson and Ubaldo Ferreira to CHP Dispatch. The Parties seek continuation of the deadlines for Expert Disclosures and Rebuttal Expert Disclosures only, and the continuation of these deadlines will not affect the other deadlines.

D. The Parties have once sought a modification of the Scheduling Order. ECF No. 39.

SECOND STIP. & ORD. TO MODIFY SCHEDULING ORDER (ECF NOS. 35, 39)  1
*Ayala-Rios v. Richardson, et al.* Case No. 4:22-cv-02550-HSG

## STIPULATION

Therefore, the Parties believe that good cause under Federal Rule of Civil Procedure 16(b)(4) exists to modify the Scheduling Order (ECF No. 35), in light of Plaintiff's counsel's COVID-19 illness and trial. The Parties respectfully request that the Court grant the Parties' stipulation, by modifying its Scheduling Order (ECF No. 39) as follows:

| Event | Current Deadline (ECF No. 39) | Proposed Deadline |
|---|---|---|
| Exchange of Opening Expert Reports | May 5, 2023 | May 26, 2023 |
| Exchange of Rebuttal Expert Reports | June 9, 2023 | June 23, 2023 |
| Close of Fact and Expert Discovery | July 7, 2023 | No change |
| Dispositive Motion Hearing Deadline | August 31, 2023, at 2:00 p.m. | No change |
| Pretrial Conference | November 28, 2023 at 3:00 p.m. | No change |
| Jury Trial (5 days) | December 18, 2023 at 8:30 a.m. | No change |

Respectfully submitted,

Dated: April 19, 2023       **HELM LAW OFFICE, PC**

By: /s/ T. Kennedy Helm, IV

T. Kennedy Helm, IV
*Attorney for Plaintiff*

SECOND STIP. & ORD. TO MODIFY SCHEDULING ORDER (ECF NOS. 35, 39)  2
*Ayala-Rios v. Richardson, et al.* Case No. 4:22-cv-02550-HSG

Dated: April 19, 2023            **ROB BONTA**
                                           **Attorney General of California**

                                           By: */s/ Diana Esquivel*\*

                                                  Diana Esquivel
                                                  Deputy Attorney General
                                                  *Attorneys for Defendants*

\*Ms. Esquivel provided her consent that this document be electronically filed via CM-ECF.

**ORDER**

The Court, having considered the Parties' stipulation, and good cause appearing, rules as follows:

The Court finds the Parties have shown good cause for the relief their Stipulation requests.

THEREFORE, the relief the parties request is GRANTED, and the modified dates are as follows:

| Event | Current Deadline (ECF No. 39) | Proposed Deadline |
|---|---|---|
| Exchange of Opening Expert Reports | May 5, 2023 | May 26, 2023 |
| Exchange of Rebuttal Expert Reports | June 9, 2023 | June 23, 2023 |
| Close of Fact and Expert Discovery | July 7, 2023 | No change |
| Dispositive Motion Hearing Deadline | August 31, 2023, at 2:00 p.m. | No change |
| Pretrial Conference | November 28, 2023 at 3:00 p.m. | No change |
| Jury Trial (5 days) | December 18, 2023 at 8:30 a.m. | No change |

**IT IS SO ORDERED.**

DATED: 4/20/2023

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE