UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANETTE AYALA-RIOS, | Case No. 22-cv-02550-HSG |
| Plaintiff, | **AMENDED SCHEDULING ORDER** |
| v. | |
| JORDAN W. RICHARDSON, et al., | |
| Defendants. | |

The parties have submitted a stipulation and proposed order to modify the scheduling order. Dkt. No. 44.  Having considered the parties' proposal, the Court **RESETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Close of Fact and Expert Discovery (limited) | July 28, 2023 |
| Dispositive Motion Hearing Deadline | September 14, 2023, at 2:00 p.m. |
| Pretrial Conference | November 28, 2023, at 3:00 p.m. |
| Jury Trial (5 days) | December 18, 2023, at 8:30 a.m. |

These dates may only be altered by order of the Court and only upon a showing of good cause.  The parties are directed to review and comply with this Court's standing orders.  This terminates Dkt. No. 44.

**IT IS SO ORDERED.**

Dated:   7/17/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge