Rob Bonta
Attorney General of California
Christine E. Garske
Supervising Deputy Attorney General
Diana Esquivel
Deputy Attorney General
State Bar No. 202954
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone:  (916) 210-7320
  Facsimile:  (916) 322-8288
  E-mail:  Diana.Esquivel@doj.ca.gov
*Attorneys for Defendants Ferreira,
J. Richardson, and M. Richardson*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **JEANETTE AYALA-RIOS,**<br><br>                      Plaintiff,<br><br>v.<br><br>**JORDAN W. RICHARDSON, et al.,**<br><br>                      Defendants. | No. 4:22-cv-02550-HSG<br><br>**STIPULATION AND ORDER FOR SIXTY-DAY EXTENSION TO FILE DISMISSAL OF ACTION**<br><br>Trial Date:   Vacated<br>Action Filed:  April 26, 2022 |

Under Federal Rule of Civil Procedure 6(d) and Local Rules 6-2(a) and 7-12, Plaintiff Jeanette Ayala-Rios and Defendants Ubaldo Ferreira Jordan Richardson, and Michael Richardson, all through their undersigned counsel of record, stipulate to and request a sixty-day extension to file the dismissal following settlement. Good cause exists to grant this stipulated request because the State of California requires more time to issue payment of the settlement.

On October 19, 2023, the parties reached a settlement agreement. (ECF No. 57.) The Court ordered the parties to file a dismissal of this action by January 17, 2024. (ECF No. 59.) Counsel for the parties diligently worked to prepare an agreement that was acceptable to all the parties. However, due in part to the illness of defense counsel for a couple of weeks in November and

then the unexpected death of her father-in-law on November 25, 2023, the parties did not complete and submit the paperwork necessary to process payment of the settlement until mid-December 2023. The State of California, by and through the California Highway Patrol, requires two to three months to issue payment of settlement. This process includes review or approval by the Department of Finance and the State Controller's Office. The settlement agreement calls for dismissal of the action after Plaintiff's counsel receives payment of the settlement. For these reasons, the parties respectfully request a sixty-day extension to March 15, 2024, to file the dismissal of the action.

.
Dated:  January 16, 2024               Respectfully submitted,

                                       ROB BONTA
                                       Attorney General of California
                                       CHRISTINE E. GARSKE
                                       Supervising Deputy Attorney General


                                       */s/ Diana Esquivel*

                                       DIANA ESQUIVEL
                                       Deputy Attorney General
                                       *Attorneys for Defendants*


Dated: January 16, 2024                HELM LAW OFFICE, PC


                                       */s/ T. Kennedy Helm, IV* (as authorized 1/16/24)

                                       T. KENNEDY HELM, IV
                                       *Attorney for Plaintiff*

SA2022401134
37797516.docx


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Dated: 1/17/2024                       *[signature]*
                                       Hon. Haywood S. Gilliam, Jr.
                                       United States District Judge